No. 82–1349.   UNITED STATES v. S.A. EMPRESA DE VIACAO
AEREA RIO GRANDENSE (VARIG AIRLINES) ET AL.; and
No. 82–1350.   UNITED STATES v. UNITED SCOTTISH INSUR-
ANCE CO. ET AL.   C. A. 9th Cir.   [Certiorari granted, 461 U. S.
925.]   Motion of respondents for divided argument denied.

No. 82–1474.   HOOVER ET AL. v. RONWIN ET AL.   C. A. 9th
Cir.   [Certiorari granted, 461 U. S. 926.]   Motions of National
Conference of Bar Examiners and State Bar of California for leave
to file briefs as *amici curiae* granted.   JUSTICE O'CONNOR took
no part in the consideration or decision of these motions.

No. 82–1554.   STRICKLAND, SUPERINTENDENT, FLORIDA
STATE PRISON, ET AL. v. WASHINGTON.   C. A. 11th Cir.   [Cer-
tiorari granted, 462 U. S. 1105.]   Motion of Washington Legal
Foundation for leave to file a brief as *amicus curiae* granted.

No. 82–1591.   RUCKELSHAUS, ADMINISTRATOR, ENVIRONMEN-
TAL PROTECTION AGENCY v. NATURAL RESOURCES DEFENSE
COUNCIL, INC., ET AL.   C. A. D. C. Cir.   [Certiorari granted,
461 U. S. 956.]   Motion of American Gas Association for leave to
file a brief as *amicus curiae* granted.

No. 82–1651.   NIX, WARDEN OF THE IOWA STATE PENITEN-
TIARY v. WILLIAMS.   C. A. 8th Cir.   [Certiorari granted, 461
U. S. 956.]   Motion of the Solicitor General for leave to partici-
pate in oral argument as *amicus curiae* and for divided argument
granted.

No. 82–1711.   COLORADO v. QUINTERO.   Sup. Ct. Colo.   [Cer-
tiorari granted, 463 U. S. 1206.]   Motion of Appellate Committee
of the California District Attorneys Association et al. for leave to
file a brief as *amici curiae* granted.

No. 82–1770.   NATIONAL ENQUIRER, INC. v. SUPERIOR COURT
OF CALIFORNIA, COUNTY OF LOS ANGELES (JONES ET AL., REAL
PARTIES IN INTEREST), 462 U. S. 1144.   Respondent Jones is re-
quested to file a response to the petition for rehearing within 30
days.